FILED
Western District of Washington
at Seattle

MAR 28 2014

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: ) Chapter 7
) Case No. 08-16636-KAO
TRI-STAR HOMES, INC. )
) **REPORT OF UNCLAIMED FUNDS**
) **(over $25)**
Debtor )

Trustee, Dennis Lee Burman, files this Report of Unclaimed Funds as follows:

1. The following funds were disbursed pursuant to order of this Court and remain unclaimed.

2. The Trustee deposits the same with the Registry of the Bankruptcy Court:

| Creditor Name and Address | Dividend |
| --- | --- |
| Smith Heating & Cooling, Inc. | $229.80 |

DATED: March 20, 2014

_/s/ Dennis Lee Burman_
Dennis Lee Burman, WSBA #7875
Trustee in Bankruptcy

Unclaimed Funds Report -1

Law Office of Dennis Lee Burman
1103 9th Street
P.O. Box 1620
Marysville, WA 98270
Phone (360) 657-3332
FAX (360) 657-3522

FILED
Western District of Washington
at Seattle

MAR 28 2014

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: | ) | Chapter 7 |
|---|---|---|
| | ) | Case No. 08-16636-KAO |
| TRI-STAR HOMES, INC. | ) | |
| | ) | **NOTICE OF UNCLAIMED DIVIDEND(S)** |
| | ) | **(BANKRUPTCY RULE 3011;** |
| Debtor | ) | **11 U.S.C. §347(a)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Please find annexed hereto check No.10041 in the sum of $229.80 payable to the Court representing the total amount of unclaimed dividend in the above-entitled estate which, when cashed, will create a zero balance in the trustee's bank account. Said sum is paid over to you pursuant to 11 U.S.C. §347(a). The party entitled to said unclaimed dividend is as follows:

| Names | Addresses | Dividends |
|---|---|---|
| Smith Heating & Cooling, Inc. | 16628 44th Ave W, Lynnwood, WA 98036 | $229.80 |

Dennis Lee Burman, WSBA #7875
Trustee in Bankruptcy

NOTICE OF UNCLAIMED DIVIDEND(S) - 1

LAW OFFICES OF DENNIS BURMAN
1103 Ninth Street
P.O. Box 1620
Marysville, WA 98270
Phone (360) 657-3332
FAX (360) 657-3502

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

## UNCLAIMED DIVIDENDS MORE THAN $25
## FOR DEPOSIT TO REGISTRY FUNDS

DEBTOR: Tri-Star Homes, Inc.

CASE NO.: 08-16636-KAO

| NAME AND LAST KNOWN ADDRESS OF CREDITOR | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Smith Heating & Cooling, Inc.<br>16628 44th Ave W<br>Lynnwood, WA 98036 | 2 | $28,950.89 | $229.80 |

DATED: March 20, 2014

_(signature)_
Dennis Lee Burman, WSBA #7875
Trustee in Bankruptcy

NOTE: Attach Copy to Trustee's Final Account (Post-Distribution)

**UNCLAIMED DIVIDENDS
MORE THAN $25 - 1**

LAW OFFICES OF BURMAN & PASSEY
1612 Fourth Street #100
P.O. Box 1620
Marysville, WA 98270
Phone (360) 653-6902
FAX (360) 653-4594